# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case  No. 08-15443 |
| | § | |
| KAREN E CHUNG | § | |
| STEPHEN L ODEN | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/16/2008.  The undersigned trustee was appointed on 06/16/2008.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                     $10,005.82

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $6,146.16 |
    | Bank service fees | $186.57 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $3,673.09 |

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was <u>04/14/2009</u> and the deadline for filing government claims was <u>04/14/2009</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,750.58</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,500.58</u>, for a total compensation of <u>$1,500.58</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>04/07/2014</u>                  By:   <u>/s/ Horace Fox, Jr.</u>
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 08-15443 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 4/7/2014 | | | §341(a) Meeting Date: | 07/14/2008 |
| | | | | Claims Bar Date: | 04/14/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 1031 W. Bryn Mawr, #3B Chicago, IL | $500,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Stay modified on Bryn Mawr 9.11.08.  abandoned 11.6.08 | | | | | |
| 2 | 912 W. Winona, #2A Chicago, IL 60660 | $315,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | As of 8.12.08 debtors live in Winona.  I have asked for insurance in two demand letters.  Attorney fild motion to extend.  Property worth less than stated in this down real estate market and will be abandoned. abandoned per order of 11.6.08 | | | | | |
| 3 | $5,000 cash has been demanded | $12,000.00 | $7,000.00 | | $0.00 | FA |
| Asset Notes: | Debtors claim that the settlment of the discharge revocation adversary settled all issues. | | | | | |
| 4 | $1,700 held as security depost for tenant (this is held for a tenant not by a landlord on behalf of the debtors). | $1,700.00 | $1,700.00 | | $0.00 | FA |
| Asset Notes: | have asked for detail to collect if not used for back rent. | | | | | |
| 5 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 6 | General furnishings | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | Books and CDs | $200.00 | $0.00 | | $0.00 | FA |
| 8 | General clothes. | $200.00 | $0.00 | | $0.00 | FA |
| 9 | Hockey Equipment | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Life Insurance Policy | $20,000.00 | $20,000.00 | | $0.00 | FA |
| Asset Notes: | Asked for policy to determine actual cash value Policy not in name of debtors is therefore not asset of estate. | | | | | |
| 11 | Husband's 401K was exempt. | $150,000.00 | $0.00 | | $0.00 | FA |
| 12 | Approximately 25,000 shares, scheduled as jointly owned, of Eye Care International valued at approximately $0.38 per share.  Mr. Oden, who was the owner of the stock, closed the account on 12.5.11, taking a money market proceed of $1837.98 he also took the stock certificate for  Amacore Group inc CL A stock valued at $38.00 per statement of 12.31.11 and e-mail from broker--amounts well within the exemption.  10.29.13 | $9,500.00 | $4,300.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    2                    Exhibit A

| Case No.: | 08-15443 | | | Trustee Name: | | Horace Fox, Jr. |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | Date Filed (f) or Converted (c): | | 06/16/2008 (f) |
| For the Period Ending: | 4/7/2014 | | | §341(a) Meeting Date: | | 07/14/2008 |
| | | | | Claims Bar Date: | | 04/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** Eye care stock had no value as of 3.15.13. Who closed account. It would be improvident use of small estate to go after dubious recovery of 4k stock. Value of account verfied at $38.00 and money market valued at $1837.98-- well within the exemption. 10.29.13 | | | | | |
| **Ref. #** | | | | | |
| 13 Debtors own 4 companies: Nomadic Consulting, Nomadic Capital, Spa Mondial, and Troupe Salon. The Accounts Receivable are identied in #16. These do not appear to have any value other than the any receivables, and are not operating. | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Order 4.21.112 abandoned Nomadic Consulting, Inc, including shares of stock owned by company as well as underlying assets owned directly by that company, except the assets specifically identified in Form 1 for year end 2010.  Nomadic Capital, Spa Mondial and Troupe Salon are deemed to be abandoned. | | | | | |
| 14 VOID | $0.00 | $0.00 | | $0.00 | FA |
| 15 Debtors believe that they might have the right to a tax refund for an overpayment for past years. | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** asked for detail to determine value of potential asset. Filed motion for turn over of 1/2 refund, debtor objected and inview of the small amount in the account and the collectability issue, we declined to further pursue. | | | | | |
| 16 Debtors have an equitable initerest in a lease of the Volvo Station Wagon that Karen's mother signed and which the Debtors pay each month. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** There is no equity. This is a leased vehicle. | | | | | |
| 17 1997 BMW | $2,000.00 | $0.00 | | $0.00 | FA |
| 18 Computer and copier | $500.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** order 4.12.11 abandoned computer. | | | | | |
| 19 unknown sec. deps. with commercial landlords who will claim due to lease breaches | Unknown | $10.00 | | $0.00 | FA |
| **Asset Notes:** asked for detail to make inquirey. Used as rent. | | | | | |
| 20 VOID | $0.00 | $0.00 | | $0.00 | FA |
| 21 promissory note Claim v. Darren Anderson (u) | $0.00 | $1,003.00 | | $0.00 | FA |
| 22 Troupe Salon claim v. Talbott and Nakisher (u) | $0.00 | $200,000.00 | | $0.00 | FA |
| **Asset Notes:** Debtors owned 100% of Troupe Salon and have filed a state court counter claim v. Talbott and Nakisher. We will hire state court attorney to represent the estate. After conversations with | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3        Exhibit A

| Case No.: | 08-15443 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 4/7/2014 | | §341(a) Meeting Date: | 07/14/2008 |
| | | | Claims Bar Date: | 04/14/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | state court attorney, considering the risk of loses at trial and the cost to proceed(20 depositions) we will not pursue it. | | | | | |
| **Ref. #** | | | | | | |
| 23 | Nomadic Consulting claim v. John Galt (u) | $0.00 | $29,951.00 | OA | $0.00 | FA |
| **Asset Notes:** | Debtors owned 100% of Nomadic Consulting. Not collectable as burdensome to the estate. Abandoned 4.21.11 order | | | | | |
| 24 | ring, miscellaneous jewelry, husband's cell phone (u) | $0.00 | $2,200.00 | OA | $0.00 | FA |
| **Asset Notes:** | observed on debtors hand at 341 meeting.  Ring and watch appraised at 2250.00 jointly | | | | | |
| 25 | Benefical interest in receivables for four companies which debtors owned, Nomadic Consulting, Nomvadic Acapital, Spa Modial and Troupe Salon | $150,000.00 | $150,000.00 | | $0.00 | FA |
| **Asset Notes:** | Not collectable as burdensome to the estate | | | | | |
| 26 | Rado watch (u) | $0.00 | $50.00 | OA | $0.00 | FA |
| **Asset Notes:** | watch and ring appraised at 50.00 | | | | | |
| 27 | adversary v. debtors (revocation) (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| 28 | JP Morgan Chase bk acct ending in (5494) (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned by order of 4.21.11 | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $4.14 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | |
| | $1,163,200.00 | $426,314.00 | | $10,004.14 | $0.00 |

**Major Activities affecting case closing:**

Stay modified on Brwn Mawr real estate on 9.11.08. Debtor's mtn to extend my time to file objections to exemptions/discharge and dischargeability extended to 11.03.08.  Amendments requested and turnover of documents and funds demanded.  10.21.08 cont 341.  There is a counterclaim in a law suit re violation of non compete agreement.

Emailed Documents to Bert Zaczek (attorney for debtor) and Bruce de'Medici.Re: Estate of Cliams.

Debtor needs to amend to add foremer employee creditors and amend B to move 150k ars to schedule F as loans made to businesses by debtors.

10.3.08 met with attorney to inform him to file motion to abandon the Brwyn  Mawr and Winona real estate ( no insurance ) and personalty at 46 East Oak (Troupe Salon ) which I inspected and determined that it would cost more to move and store than items were worth.  Confirm that landlord will not file administrative claim.  Also spoke of need to get counsel in the non compete litigation counter-claim ( motion to withdraw set 10.9.08) in state court action.  Talked about need to file turnover motion and need for debtor amend B to move 150k ar (really money loaned by debtors to businesses ) to schedule F.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No.: | 08-15443 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 4/7/2014 | | | §341(a) Meeting Date: | 07/14/2008 |
| | | | | Claims Bar Date: | 04/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Sent further demand letter to debtors' attorney. cont. 341 11.12.08

Filed adversary objecting to discharge

Debtors have failed to fully comply with demand letters, but have made an offer to settle discharge revocation complaint.  Extend discovery cut-off past 5.26.09 date.

Claims bar date 4.20.09.

Discovery cut off in adversary (discharge) extended to 8.26.09.

| Case No.: | 08-15443 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 4/7/2014 | | | §341(a) Meeting Date: | 07/14/2008 |
| | | | | Claims Bar Date: | 04/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Adversary ( revocation ) settled closed 5.10  Interim attorney fees granted 4.18.10  Need to do taxes for the corporation which may generate a refund, from loss carry backs.

The adversary filed by creditor Sullivan is still pending, based and objection to discharge. 1.26.2011

Speak to Bert Z. re letter that needs to be produced per debtor Karen Chung. 6.7.11

Determine value of eyecare stock; receivables from the 4 companies debtors owned and the insurance policy 10.11.11

Insurance policy beneficiary was in the name of another party and all 4 companies, including Troupe Salon hand furniture fixtures and equipment that were inexpensively purchased and would be burdensome to the estate and not worth the effort of sale, see pics ffe and e of Troup Salon.  A very active creditor, Mr. Sullivan has found nothing of value in the ffe and claims.3.3.12

Eye Care International stock, try William Blair & Co.  We settled with debtors on the discharge action and both Judge Doyle and debtors' attorney have taken the position that that adversary settled all issues. 3.31.12

Review claims. 10.7.12

Sell eyecare stock 12.7.12

Contacted William Blair & Company ( Jim Harmon 312-364-8649 ) re:  selling stock in account # 150-70534-1-19-69A.  Get selling agent appointed and additional papers completed to access account after call back. 2.1.13

Contacted assistant to Jim Harmon (Mr. Kossman)  who informed me that the account 150-70534-19-15443 had no value and was cashed out in 2011.  I faxed him proof that I was the trustee and asked to whom the proceeds were paid and how much the proceeds were. Due to the small amount remaining in this administratively insolvent case, it would be burdensome to the estate and not likely to produce a return, to pursue.3.14.13

The accountant said no taxes are necessary and I have asked Mr. Hackney to file claim objections. 3.18.13

Claims being examined and need for objections being determined.  Suggested 2 months for final report to be submitted to UST.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   6          Exhibit A

| Case No.: | 08-15443 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 4/7/2014 | | §341(a) Meeting Date: | 07/14/2008 |
| | | | Claims Bar Date: | 04/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Eye care stock account cleaned out, may be grounds for criminal referral. 8.9.13  Informed Mr. Hackney.


Reported above to Judge Doyle on 5.8.13 status call. Next status, 9.11.13.


12 claim objections filed, set for 9.11.13


Eye Care stock 4,000 no longer at broker.  It would be bad use of 3700.00 in account to go after dubious recovery of 4,000 stock.  Get sign off from UST, no tax return needed and close.


Remaining claims continued to 10.9.13 at 10:30 am .9.11.13


Remainder of claim objections entered 10.9.13.  Broker has not called Mr. Hackney back regarding who withdrew non exempt funds from eye care stock account to enable a demand to be made. 10.9.13


E-mail to Mr. Hackney re recipient of non exempt stock proceeds so we can make a demand. 10.28.13

Trustee fee detail completed.  Asked Mr. Hackney to resubmit fee entries previously submitted (not granted docket 87)where Judge said the could be granted upon further order of Court.


Fee detail for Bill Hackney  received, 3.2.14


 Chung status 3.13.14, 10:30 am 742. Claim objection set in court 3.20.14, granted


**Initial Projected Date Of Final Report (TFR):**   12/30/2013          **Current Projected Date Of Final Report (TFR):**   02/03/2014          /s/ HORACE FOX, JR.

HORACE FOX, JR.

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No.: | 08-15443 | |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | |
| Primary Taxpayer ID #: | **-***6148 | |
| Co-Debtor Taxpayer ID #: | **-***6149 | |
| For Period Beginning: | 6/16/2008 | |
| For Period Ending: | 4/7/2014 | |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | Green Bank |
| Checking Acct #: | ******4301 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $3,866.13 | | $3,866.13 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.40 | $3,864.73 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.23 | $3,858.50 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.42 | $3,852.08 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.81 | $3,846.27 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.00 | $3,840.27 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.19 | $3,834.08 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.18 | $3,827.90 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $3.70 | $3,824.20 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.77 | $3,818.43 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.36 | $3,812.07 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.75 | $3,806.32 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.14 | $3,800.18 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.13 | $3,794.05 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.92 | $3,788.13 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.70 | $3,781.43 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.31 | $3,776.12 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.09 | $3,770.03 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.27 | $3,763.76 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.68 | $3,758.08 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.06 | $3,752.02 |
| 02/05/2013 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $4.45 | $3,747.57 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.46 | $3,742.11 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.03 | $3,736.08 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.83 | $3,730.25 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.40 | $3,723.85 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.42 | $3,718.43 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.00 | $3,712.43 |
| | | | | **SUBTOTALS** | $3,866.13 | $153.70 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-15443 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6148 | | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | **-***6149 | | Account Title: | DDA |
| For Period Beginning: | 6/16/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/7/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.37 | $3,706.06 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.40 | $3,700.66 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.97 | $3,694.69 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.96 | $3,688.73 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.76 | $3,682.97 |
| 01/13/2014 | 5003 | Illinois Department of Revenue | 2009 taxes- Check stopped because it was mistakenly written. This is a priority creditor, priority creditors will not be paid in this case. | 2820-003 | | $66.00 | $3,616.97 |
| 01/15/2014 | 5003 | STOP PAYMENT: Illinois Department of Revenue | 2009 taxes- Check stopped because it was mistakenly written. This is a priority creditor, priority creditors will not be paid in this case. | 2820-004 | | ($66.00) | $3,682.97 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.28 | $3,676.69 |
| 02/05/2014 | | JUDY BAAR TOPINKA | Tax refund 2013 | 1124-000 | $1.68 | | $3,678.37 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.28 | $3,673.09 |

| | | TOTALS: | | | $3,867.81 | $194.72 | $3,673.09 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank transfers/CDs | | | $3,866.13 | $0.00 | |
| | | Subtotal | | | $1.68 | $194.72 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $1.68 | $194.72 | |

| For the period of 6/16/2008 to 4/7/2014 | | For the entire history of the account between 07/25/2011 to 4/7/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $1.68 | Total Compensable Receipts: | $1.68 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.68 | Total Comp/Non Comp Receipts: | $1.68 |
| Total Internal/Transfer Receipts: | $3,866.13 | Total Internal/Transfer Receipts: | $3,866.13 |
| | | | |
| Total Compensable Disbursements: | $194.72 | Total Compensable Disbursements: | $194.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $194.72 | Total Comp/Non Comp Disbursements: | $194.72 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15443 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***6148 | | Checking Acct #: | ******5443 |
| Co-Debtor Taxpayer ID #: | **-***6149 | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/7/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 04/23/2010 | | Transfer From  Acct#******5443 | transfer from money market to pay Mr. 'de Medici fees and  costs | 9999-000 | $6,125.97 | | $6,125.97 |
| 04/23/2010 | 2 | Bruce de'Medici and Smith Amundsen LLC | Pursuant to court order signed 4/6/2010, fees for Mr. de 'Medici | 3210-000 | | $6,000.00 | $125.97 |
| 04/23/2010 | 3 | Bruce de'Medici and Smith Amundsen LLC | check to Mr. de 'Medici to pay expenses, pursuant to court order 4.6.10. | 3220-000 | | $125.97 | $0.00 |
| 04/28/2010 | | Transfer From  # ******5443 | Transfer For Bond Payment | 9999-000 | $8.58 | | $8.58 |
| 04/28/2010 | 4 | International Sureties, LTD. | Bond Payment | 2300-000 | | $8.58 | $0.00 |
| 03/02/2011 | | Transfer From  # ******5443 | Transfer For Bond Payment | 9999-000 | $3.46 | | $3.46 |
| 03/02/2011 | 5 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $3.46 | $0.00 |

| | | | TOTALS: | | $6,138.01 | $6,138.01 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $6,138.01 | $0.00 | |
| | | | Subtotal | | $0.00 | $6,138.01 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $6,138.01 | |

| For the period of  6/16/2008 to 4/7/2014 | | For the entire history of the account between 04/23/2010 to 4/7/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,138.01 | Total Internal/Transfer Receipts: | $6,138.01 |
| | | | |
| Total Compensable Disbursements: | $6,138.01 | Total Compensable Disbursements: | $6,138.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $6,138.01 | Total Comp/Non Comp  Disbursements: | $6,138.01 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 08-15443 | |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | |
| Primary Taxpayer ID #: | **-***6148 | |
| Co-Debtor Taxpayer ID #: | **-***6149 | |
| For Period Beginning: | 6/16/2008 | |
| For Period Ending: | 4/7/2014 | |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | STERLING BANK |
| Money Market Acct #: | ******5443 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2009 | (27) | Karen Chung and Stephen L Oden | Adversary Settlement to revoke discharge | 1241-000 | $10,000.00 | | $10,000.00 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.22 | | $10,000.22 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.42 | | $10,000.64 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.38 | | $10,001.02 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.42 | | $10,001.44 |
| 04/23/2010 | | Transfer To Acct#******5443 | Interim Order Granting Application For Compensation (Related Doc # 84 ). Bruce E de'Medici, fees awarded: $6000.00, expenses awarded: $125.97. Signed on 4/6/2010. | 9999-000 | | $6,125.97 | $3,875.47 |
| 04/28/2010 | | Transfer To  # ******5443 | Transfer For Bond Payment | 9999-000 | | $8.58 | $3,866.89 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.34 | | $3,867.23 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.16 | | $3,867.39 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.16 | | $3,867.55 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.16 | | $3,867.71 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.16 | | $3,867.87 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.16 | | $3,868.03 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.16 | | $3,868.19 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.16 | | $3,868.35 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.16 | | $3,868.51 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.16 | | $3,868.67 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.15 | | $3,868.82 |
| 03/02/2011 | | Transfer To  # ******5443 | Transfer For Bond Payment | 9999-000 | | $3.46 | $3,865.36 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.16 | | $3,865.52 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.16 | | $3,865.68 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.16 | | $3,865.84 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.16 | | $3,866.00 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.13 | | $3,866.13 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $3,866.13 | $0.00 |
| | | | **SUBTOTALS** | | $10,004.14 | $10,004.14 | |

Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15443 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***6148 | | Money Market Acct #: | ******5443 |
| Co-Debtor Taxpayer ID #: | **-***6149 | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/7/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $10,004.14 | $10,004.14 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $10,004.14 | |
| | | | Subtotal | | $10,004.14 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,004.14 | $0.00 | |

| For the period of 6/16/2008 to 4/7/2014 | | For the entire history of the account between 12/11/2009 to 4/7/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,004.14 | Total Compensable Receipts: | $10,004.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,004.14 | Total Comp/Non Comp Receipts: | $10,004.14 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $10,004.14 | Total Internal/Transfer Disbursements: | $10,004.14 |

Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15443 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***6148 | | | Money Market Acct #: | ******5443 |
| Co-Debtor Taxpayer ID #: | **-***6149 | | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/7/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | $10,005.82 | $6,332.73 | $3,673.09 |

| **For the period of 6/16/2008 to 4/7/2014** | | **For the entire history of the case between 06/16/2008 to 4/7/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $10,005.82 | Total Compensable Receipts: | $10,005.82 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,005.82 | Total Comp/Non Comp Receipts: | $10,005.82 |
| Total Internal/Transfer Receipts: | $10,004.14 | Total Internal/Transfer Receipts: | $10,004.14 |
| | | | |
| Total Compensable Disbursements: | $6,332.73 | Total Compensable Disbursements: | $6,332.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,332.73 | Total Comp/Non Comp Disbursements: | $6,332.73 |
| Total Internal/Transfer Disbursements: | $10,004.14 | Total Internal/Transfer Disbursements: | $10,004.14 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT                                                                   Page No: 1                   Exhibit C

| Case No. | 08-15443 | | | | | | | Trustee Name: | Horace Fox, Jr. | | | |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | | | | | Date: | 4/7/2014 | | | |
| Claims Bar Date: | 04/14/2009 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX<br><br>6 East Monroe #1004<br>Chicago IL 60603 | 10/27/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,750.58 | $1,500.58 | $0.00 | $0.00 | $0.00 | $1,500.58 |
| * 25 | PNC MORTGAGE A DIVISION OF PNC BANK, NATIONAL ASSOCIATION<br>3232 Newmark Drive<br>Miamisberg OH 45342 | 03/15/2012 | Real Estate - Consensual Liens | Disallowed | 4110-000 | $0.00 | $24,981.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   I sold no property secured by this lien. Secured claim filed tardy on 3/15/2012.  Objection set in court 3.20.14 PNC claim.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LOIS WEST, POPOWCER KATTEN LTD<br><br>35 E. Wacker Dr. #1550<br>Chicago IL 60601 | 10/27/2012 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $931.00 | $931.00 | $0.00 | $0.00 | $0.00 | $931.00 |
| | SMITHAMUNDSEN LLC<br><br>150 N. Michigan #3300<br>Chicago IL 60601 | 04/23/2010 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $188.83 | $125.97 | $125.97 | $0.00 | $0.00 | $0.00 |
| | SMITH AMUNDSEN LLC<br><br>150 North Michigan Ave, Suite 3300<br>Chicago IL 60601 | 04/23/2010 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $13,010.00 | $13,010.00 | $6,000.00 | $0.00 | $0.00 | $7,010.00 |

**Claim Notes:**   10,000 sought previously, 6,000 allowed, of 10,000 initially requested.  Final request includes 4,000 in fees previously sought, but not allowed and 3010.00 of new fees and

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | US BANKRUPTCY COURT NORTHERN DISTRICT EASTERN DIVISION<br>219 S. Dearborn<br>Chicago IL 60604 | 04/07/2014 | Clerk of the Courts Costs | Allowed | 2700-000 | $0.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |

**Claim Notes:**   Filed an adversary, fee deferred, 11.08.

* There is an objection filed for this claim

CLAIM ANALYSIS REPORT   Page No: 2                    Exhibit C

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 08-15443 | | | | | | | | **Trustee Name:** | Horace Fox, Jr. | | |
| **Case Name:** | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | | | | | | **Date:** | 4/7/2014 | | |
| **Claims Bar Date:** | 04/14/2009 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IL DEPARTMENT OF REVENUE<br><br>Springfield IL 62726-0001 | 01/13/2014 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $66.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 2009 State tax return , paid but stopped, case administratively insolvent. | | | | | | | | | | | |
| 3 | MARGARET OZGA<br><br>1618 N. Oakley, #2N<br>Chicago IL 60647 | 09/03/2008 | Claims of Governmental Units - 507( | Disallowed | 5800-000 | $0.00 | $6,206.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed entirely, order 9.11.13 | | | | | | | | | | | |
| 5 | KATHRYN DONALDSON<br><br>3221 N. Wilton, #2F<br>Chicago IL 60657 | 02/05/2009 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $3,845.21 | $3,845.21 | $0.00 | $0.00 | $0.00 | $3,845.21 |
| 9 | SCOTT WARD<br><br>3800 N. Lake Shore Dr., 4J<br>Chicago IL 60613 | 03/04/2009 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $3,615.19 | $3,615.19 | $0.00 | $0.00 | $0.00 | $3,615.19 |
| 24 | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service<br>Centralized Insolvency<br>Operations<br>PO Box 21126<br>Philadelphia PA 19114 | 04/23/2009 | Claims of Governmental Units - 507( | Disallowed | 5800-000 | $0.00 | $7,598.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed entirely order 9.11.13 | | | | | | | | | | | |

CLAIM ANALYSIS REPORT                                                                        Page No:  3                    Exhibit C

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case No. | 08-15443 | | | | | | | Trustee Name: | Horace Fox, Jr. | | |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | | | | | Date: | 4/7/2014 | | |
| Claims Bar Date: | 04/14/2009 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JPMORGAN CHASE BANK, NA C/O SUZANNE HEFFELMAN East Portfolio Mgmt Center, OH2-5170 50 S. Main Street - 9th Floor Akron OH 44308 | 08/11/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $102,344.13 | $102,344.13 | $0.00 | $0.00 | $0.00 | $102,344.13 |
| 2 | JPMORGAN CHASE BANK, NA C/O SUZANNE HEFFELMAN East Portfolio Mgmt Center, OH2-5170 50 S. Main Street - 9th Floor Akron OH 44308 | 08/11/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $106,175.06 | $106,175.06 | $0.00 | $0.00 | $0.00 | $106,175.06 |
| 4 | DAN DEVELOPMENT C/O Steven D. Titiener 1700 N. Farnsworth Aurora IL 60505 | 01/29/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $52,132.91 | $34,410.00 | $0.00 | $0.00 | $0.00 | $34,410.00 |

**Claim Notes:**    objection sustaine,  amount of claim reduced to $34,410.00,  9.11.13 order

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | 02/17/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $182.09 | $182.09 | $0.00 | $0.00 | $0.00 | $182.09 |

**Claim Notes:**    (6-1) Credit Card Debt

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | KEYBANK NA AES/DDB PO BOX 8183 HARRISBURG PA 17105-9972 | 02/18/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,578.10 | $13,578.10 | $0.00 | $0.00 | $0.00 | $13,578.10 |

CLAIM ANALYSIS REPORT                Page No: 4                    Exhibit C

| Case No. | 08-15443 | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | | Date: | 4/7/2014 |
| Claims Bar Date: | 04/14/2009 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | BRIAN T SULLIVAN<br><br>919 W George St Apt 3E<br>Chicago IL 60657 | 02/19/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $570,520.12 | $570,520.12 | $0.00 | $0.00 | $0.00 | $570,520.12 |
| 10 | SALLIE MAE<br><br>c/o Sallie Mae Inc<br>220 Lasley Avenue<br>Pennsylvan ia 18706 | 04/07/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $39,950.10 | $39,950.10 | $0.00 | $0.00 | $0.00 | $39,950.10 |
| 11 | IMPERIAL REALTY COMPANY<br>4747 West Peterson Avenue<br>Chicago IL 60646 | 04/07/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $29,393.22 | $29,393.22 | $0.00 | $0.00 | $0.00 | $29,393.22 |

**Claim Notes:**    (11-1) Rent damages on lease for non-residential real property

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | ASIAN AMERICAN ALLIANCE<br>c/o Golan & Christie LLP/Barbara L. Yong<br>70 W. Madison St., Ste. 1500<br>Chicago IL 60602 | 04/10/2009 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $21,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    disallowed entirely, order 10.9.13

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | EDWARD YOU<br><br>c/o Golan & Christie LLP/Barbara L. Yong<br>70 W. Madison St., Ste. 1500<br>Chicago IL 60602 | 04/10/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,700.00 | $7,700.00 | $0.00 | $0.00 | $0.00 | $7,700.00 |
| 14 | JAMES C. YONG<br><br>c/o Golan & Christie LLP/Barbara L. Yong<br>70 W. Madison St., Ste. 1500<br>Chicago IL 60602 | 04/10/2009 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    disallowed entirely see 10.9.13 order

CLAIM ANALYSIS REPORT                                    Page No: 5          Exhibit C

| Case No.: | 08-15443 | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | | | | Date: | 4/7/2014 |
| Claims Bar Date: | 04/14/2009 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | DARRYL TOM<br><br>c/o Golan & Christie LLP/Barbara L. Yong<br>70 W. Madison St., Ste. 1500<br>Chicago IL 60602 | 04/10/2009 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed entirely, order 10.9.13 | | | | | | | | | | | |
| 16 | LAURA LEE<br><br>c/o Golan & Christie LLP/Barbara L. Yong<br>70 W. Madison St., Ste. 1500<br>Chicago IL 60602 | 04/10/2009 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed entirely order of 10.9.13 | | | | | | | | | | | |
| 17 | SURESH KHATTAR<br><br>c/o Golan & Christie LLP/Barbara L. Yong<br>70 W. Madison St., Ste. 1500<br>Chicago IL 60602 | 04/10/2009 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed entierly order of 10.9.13 | | | | | | | | | | | |
| 18 | THOMAS CHA<br><br>c/o Golan & Christie LLP/Barbara L. Yong<br>70 W. Madison St., Ste. 1500<br>Chicago IL 60602 | 04/10/2009 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallow entirely of 10.9.13 | | | | | | | | | | | |
| 19 | MICHAEL CHIN<br><br>c/o Golan & Christie LLP/Barbara L. Yong<br>70 W. Madison St., Ste. 1500<br>Chicago IL 60602 | 04/10/2009 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed entirely, order of 10.9.13 | | | | | | | | | | | |

CLAIM ANALYSIS REPORT                                      Page No: 6          Exhibit C

| Case No. | 08-15443 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | Date: | 4/7/2014 |
| Claims Bar Date: | 04/14/2009 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | CINDY FLORES<br><br>c/o Golan & Christie LLP/Barbara L. Yong<br>70 W. Madison St., Ste. 1500<br>Chicago IL 60602 | 04/10/2009 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed entirely order 10.9.13 | | | | | | | | | | | |
| 21 | BANK OF AMERICA<br><br>successor to LaSalle Bank NA<br>c/o Scott E Jensen<br>101 N Wacker Dr Suite 101<br>Chicago IL 60606 | 04/13/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $599,521.73 | $599,521.73 | $0.00 | $0.00 | $0.00 | $599,521.73 |
| **Claim Notes:** | (21-1) Amount of secured claim UNKNOWN | | | | | | | | | | | |
| 22 | AMERICAN EXPRESS BANK, FSB<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355-0701 | 04/14/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,038.71 | $14,038.71 | $0.00 | $0.00 | $0.00 | $14,038.71 |
| 23 | MOLLY O'NEILL<br><br>818 North Ellsworth St<br>Naperville IL 60563 | 04/14/2009 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $4,015.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed entirely order 9.11.13 | | | | | | | | | | | |
| 24a | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia PA 19114 | 04/23/2009 | Tardy General Unsecured 726(a)(3) | Disallowed | 7200-000 | $0.00 | $13,819.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed | | | | | | | | | | | |
| | | | | | | $1,691,414.15 | $1,541,091.21 | $6,125.97 | $0.00 | $0.00 | $1,534,965.24 |

Page No:  7         Exhibit C

| | |
|---|---|
| **Case No.**     08-15443 | **Trustee Name:**     Horace Fox, Jr. |
| **Case Name:**     CHUNG, KAREN E AND ODEN, STEPHEN L. | **Date:**     4/7/2014 |
| **Claims Bar Date:**     04/14/2009 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $931.00 | $931.00 | $0.00 | $0.00 | $0.00 | $931.00 |
| Attorney for Trustee Expenses (Other Firm) | $188.83 | $125.97 | $125.97 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $13,010.00 | $13,010.00 | $6,000.00 | $0.00 | $0.00 | $7,010.00 |
| Claims of Governmental Units - 507( | $21,331.71 | $7,460.40 | $0.00 | $0.00 | $0.00 | $7,460.40 |
| Clerk of the Courts Costs | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| General Unsecured 726(a)(2) | $1,615,151.21 | $1,517,813.26 | $0.00 | $0.00 | $0.00 | $1,517,813.26 |
| Real Estate - Consensual Liens | $24,981.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured 726(a)(3) | $13,819.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,750.58 | $1,500.58 | $0.00 | $0.00 | $0.00 | $1,500.58 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        08-15443
Case Name:     KAREN E CHUNG
                     STEPHEN L ODEN
Trustee Name:  Horace Fox, Jr.

Balance on hand:        $3,673.09

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:        $0.00
Remaining balance:        $3,673.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Trustee Fees | $1,500.58 | $0.00 | $1,500.58 |
| Smith Amundsen LLC, Attorney for Trustee Fees | $13,010.00 | $6,000.00 | $991.51 |
| Lois West, Popowcer Katten Ltd, Accountant for Trustee Fees | $931.00 | $0.00 | $931.00 |
| US Bankruptcy Court Northern District Eastern Division, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses:        $3,673.09
Remaining balance:        $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:        $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,460.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Kathryn Donaldson | $3,845.21 | $0.00 | $0.00 |
| 9 | Scott Ward | $3,615.19 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00

Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,517,813.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, NA c/o Suzanne Heffelman | $102,344.13 | $0.00 | $0.00 |
| 2 | JPMorgan Chase Bank, NA c/o Suzanne Heffelman | $106,175.06 | $0.00 | $0.00 |
| 4 | Dan Development | $34,410.00 | $0.00 | $0.00 |
| 6 | eCAST Settlement Corporation assignee of | $182.09 | $0.00 | $0.00 |
| 7 | KEYBANK NA | $13,578.10 | $0.00 | $0.00 |
| 8 | Brian T Sullivan | $570,520.12 | $0.00 | $0.00 |
| 10 | Sallie Mae | $39,950.10 | $0.00 | $0.00 |
| 11 | Imperial Realty Company | $29,393.22 | $0.00 | $0.00 |
| 13 | Edward You | $7,700.00 | $0.00 | $0.00 |
| 21 | Bank of America | $599,521.73 | $0.00 | $0.00 |
| 22 | American Express Bank, FSB | $14,038.71 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |