## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-15443 |
| | § | |
| KAREN E CHUNG | § | |
| STEPHEN L ODEN | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/07/2014, in Courtroom 742, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   04/15/2014          By:   /s/ Horace Fox, Jr.
                                          Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                    §        Case No. 08-15443
                                          §
KAREN E CHUNG                             §
STEPHEN L ODEN                            §
                                          §
                    Debtor(s)             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $10,005.82
*and approved disbursements of*                          $6,332.73
*leaving a balance on hand of[1]:*                       $3,673.09


Claims of secured creditors will be paid as follows:



Total to be paid to secured creditors:                   $0.00
Remaining balance:                                    $3,673.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Trustee Fees | $1,500.58 | $0.00 | $1,500.58 |
| Smith Amundsen LLC, Attorney for Trustee Fees | $13,010.00 | $6,000.00 | $991.51 |
| Lois West, Popowcer Katten Ltd, Accountant for Trustee Fees | $931.00 | $0.00 | $931.00 |
| US Bankruptcy Court Northern District Eastern Division, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses:     $3,673.09
Remaining balance:                                           $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,460.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Kathryn Donaldson | $3,845.21 | $0.00 | $0.00 |
| 9 | Scott Ward | $3,615.19 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,415,469.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, NA c/o Suzanne Heffelman | $0.00 | $0.00 | $0.00 |
| 2 | JPMorgan Chase Bank, NA c/o Suzanne Heffelman | $106,175.06 | $0.00 | $0.00 |
| 4 | Dan Development | $34,410.00 | $0.00 | $0.00 |
| 6 | eCAST Settlement Corporation assignee of | $182.09 | $0.00 | $0.00 |
| 7 | KEYBANK NA | $13,578.10 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 8 | Brian T Sullivan | $570,520.12 | $0.00 | $0.00 |
| 10 | Sallie Mae | $39,950.10 | $0.00 | $0.00 |
| 11 | Imperial Realty Company | $29,393.22 | $0.00 | $0.00 |
| 13 | Edward You | $7,700.00 | $0.00 | $0.00 |
| 21 | Bank of America | $599,521.73 | $0.00 | $0.00 |
| 22 | American Express Bank, FSB | $14,038.71 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

Remaining balance: $0.00

Prepared By:   /s/ Horace Fox, Jr.

Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004

**UST Form 101-7-NFR (10/1/2010)**

Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 08-15443-CAD
Karen E Chung                                                   Chapter 7
Stephen L. Oden
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: pseamann          Page 1 of 2           Date Rcvd: Apr 17, 2014
                            Form ID: pdf006          Total Noticed: 62
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2014.
```
db           +Karen E Chung,   912 W. Winona St., #2A,   Chicago, IL 60640-7640
jdb          +Stephen L. Oden,   1031 W. Bryn Mawr, #3B,   Chicago, IL 60660-5113
12331204      AES Graduate & Professional Service,   Harrisburg, PA 17130-0001
12331203     +Adventist Glen Oaks Hospital,   PO Box 4657,   Hinsdale, IL 60522-4657
12331205      American Express,   Box 0001,   Los Angeles, CA 90096-0001
12379937      American Express Bank FSB,   POB 3001,   Malvern, PA 19355-0701
13781562      American Express Bank, FSB,   c/o Becket & Lee LLP,   P.O. Box 3001,   Malvern PA 19355-0701
13769929     +Asian American Alliance,   c/o Golan & Christie LLP/Barbara L. Yong,
               70 W. Madison St., Ste. 1500,   Chicago, Illinois 60602-4265
12331209     +BTF/HP, LLC,   C/O Schoenberg, Finkel,   222 S. Riverside Plaza, Suite 2100,
               Chicago, IL 60606-6101
12331207     +Bally's,   355 E. Grand,   Chicago, IL 60611-5389
12331208     +Bank of America,   successor to LaSalle Bank NA,   c/o Scott E Jensen,
               101 N Wacker Dr Suite 101,   Chicago, IL 60606-1714
12380716     +Brian T Sullivan,   919 W George St Apt 3E,   Chicago, IL 60657-5030
12331211     +Chase Bank,   PO Box 3620,   Louisville, KY 40201
12331210     +Chase Bank,   1820 E. Sky Harbor Circle,   Phoenix, AZ 85034-4810
12380715     +Chase Health Advance,   PO Box 4758,   Carol Stream, IL 60197-4758
13770373     +Cindy Flores,   c/o Golan & Christie LLP/Barbara L. Yong,   70 W. Madison St., Ste. 1500,
               Chicago, Illinois 60602-4265
12331214     +Dan Development,   C/O Steven D. Titiener,   1700 N. Farnsworth,   Aurora, IL 60505-1523
13770094     +Darryl Tom,   c/o Golan & Christie LLP/Barbara L. Yong,   70 W. Madison St., Ste. 1500,
               Chicago, Illinois 60602-4265
12331215     +David Latham,   150 N. Wacker,   Suite 1400,   Chicago, IL 60606-1634
12331216     +DuPage Pathology Associates,   520 E. 22nd St.,   Lombard, IL 60148-6110
13769969     +Edward You,   c/o Golan & Christie LLP/Barbara L. Yong,   70 W. Madison St., Ste. 1500,
               Chicago, Illinois 60602-4265
12331217     +IL Dept of Labor Wage Claims Sectio,   160 N. LaSalle, Suite C-1300,   Chicago, IL 60601-3114
12331218     +IL Dept. of Labor - Wage Claim Sect,   160 N. LaSalle St., Suite C-1300,   Chicago, IL 60601-3114
12331219     +IL Dept. of Labor Wage Claim Sectio,   160 N. LaSalle Suite C-1300,   Chicago, IL 60601-3114
12331220     +IL Dept. of Labor Wage Claims Secti,   160 N. LaSalle Suite C-1300,   Chicago, IL 60601-3114
12331221     +Imperial Realty,   4747 W. Peterson,   Chicago, IL 60646-5736
13735992     +Imperial Realty Company,   4747 West Peterson Avenue,   Chicago, IL 60646-5736,
               Attn: Louis Pretekin
12331224     +JPMorgan Chase Bank,   C/O Crowley & Lamb,   350 N. LaSalle St., Suite 900,
               Chicago, IL 60654-5136
12504968     +JPMorgan Chase Bank, NA c/o Suzanne Heffelman,   East Portfolio Mgmt Center, OH2-5170,
               50 S. Main Street - 9th Floor,   Akron, Ohio 44308-1849
13770070     +James C. Yong,   c/o Golan & Christie LLP/Barbara L. Yong,   70 W. Madison St., Ste. 1500,
               Chicago, Illinois 60602-4265
12331223     +James Krusas,   C/O Katz Friedman, Eagle, Eisenste,   77 W. Washington, 20th Flr.,
               Chicago, IL 60602-2983
13539608     +KEYBANK NA,   AES/DDB,   PO BOX 8183,   HARRISBURG PA 17105-8183
12331226     +LaSalle Bank,   Business Banking Loan Center,   135 S. LaSalle St.,   Chicago, IL 60603-4177
13770133     +Laura Lee,   c/o Golan & Christie LLP/Barbara L. Yong,   70 W. Madison St., Ste. 1500,
               Chicago, Illinois 60602-4265
12331228      Merchant Services,   PO Box 1339/05,   Spokane, WA 99213-3305
13770347     +Michael Chin,   c/o Golan & Christie LLP/Barbara L. Yong,   70 W. Madison St., Ste. 1500,
               Chicago, Illinois 60602-4265
12331229     +Myron Dowell,   400 N. McClurg Ct. Apt. 3312,   Chicago, IL 60611-4348
12331230      National City,   PO Box 5570,   Cleveland, OH 44101-0570
12331231      National City Bank,   PO Box 856176,   Louisville, KY 40285-6176
12331232     +Northwestern Internists,   676 N. St. Clair,   Suite 415,   Chicago, IL 60611-3133
12331233      Northwestern Medical Foundation,   38693 Eagle Way,   Chicago, IL 60678-1386
12331234      Northwestern Memorial Physicians Gr,   75 Remittance Dr.,   Chicago, IL 60675-1293
12331235     +Ohio Street Partners,   C/O Holland & Knight,   131 S. Dearborn, 30th Flr,
               Chicago, IL 60603-5517
18627813     +PNC Mortgage,,   a division of PNC Bank,,   National Association,   3232 NEWMARK DRIVE,
               MIAMISBURG, OH 45342-5421
12331236     +Quest Diagnostic,   680 N. Lake Shore Dr.,   Chicago, IL 60611-4546
12331237      Revenue Production Mgt. Inc.,   PO Box 673775,   Detroit, MI 48267-3775
12331240     +Shane Talbott,   C/O Brinks Hofer Gilson & Lione,   455 City Front Plaza,, Suite 3600,
               Chicago, IL 60611-5333
12331241     +St. Clair Ohio Currency Exchange,   C/O Sorman & Frankel,   203 N. LaSalle, Suite 2350,
               Chicago, IL 60601-1220
12331242     +Stephanie Smith,   10 Whytewood Lane,   Granby, CT 06035-2426
13770138     +Suresh Khattar,   c/o Golan & Christie LLP/Barbara L. Yong,   70 W. Madison St., Ste. 1500,
               Chicago, Illinois 60602-4265
12331243     +The Education Resource Institute,   Zwicker & Associates, P.C.,   80 Minuteman Rd.,
               Andover, MA 01810-1008
13770243     +Thomas Cha,   c/o Golan & Christie LLP/Barbara L. Yong,   70 W. Madison St., Ste. 1500,
               Chicago, Illinois 60602-4265
12331244     +Trans.com,   810 First St. South,   Suite 220,   Hopkins, MN 55343-7668
```

```
District/off: 0752-1          User: pseamann          Page 2 of 2          Date Rcvd: Apr 17, 2014
                             Form ID: pdf006          Total Noticed: 62
```

```
12331245   +United Healthcare,   PO Box 740800,   Atlanta, GA 30374-0800
12331246    Weiss Memorial Hospital,   4720 Paysphere Circle,   Chicago, IL 60674-2384
12379936    eCAST Settlement Corporation,   PO Box 35480,   Newark, NJ 07193-5480
13533553    eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
            Newark NJ 07193-5480
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12331212   +E-mail/Text: g20956@att.com Apr 18 2014 00:42:24      Cingular,   Harris & Harris,
            600 W. Jackson, Suite 720,   Chicago, IL 60661-5683
12331222    E-mail/Text: cio.bncmail@irs.gov Apr 18 2014 00:40:28      Department of the Treasury,
            Internal Revenue Service,   Centralized Insolvency Operations,   PO Box 21126,
            Philadelphia PA 19114
12331225   +E-mail/Text: katy.donaldson@gmail.com Apr 18 2014 00:40:05      Kathryn Donaldson,
            3221 N. Wilton, #2F,   Chicago, IL 60657-2277
13753580   +E-mail/PDF: pa_dc_claims@salliemae.com Apr 18 2014 00:45:42      Sallie Mae,   c/o Sallie Mae Inc,
            220 Lasley Avenue,   Wilkes-Barre, Pennsylvania 18706-1496
12331238    E-mail/PDF: pa_dc_claims@salliemae.com Apr 18 2014 00:43:55      SallieMae,   PO box 9500,
            Wilkes Barre, PA 18773-9500
                                                                                            TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         SmithAmundsen LLC
12331206    Asset Acceptance LLC
12331213    Citibank,   PO Box 790114
12331227   ##+Margaret Ozga,   1618 N. Oakley, #2N,   Chicago, IL 60647-5392
13786629   ##+Molly O'Neill,   818 North Ellsworth St,   Naperville, IL 60563-3151
12331239   ##+Scott Ward,   3800 N. Lake Shore Dr., 4J,   Chicago, IL 60613-3301
                                                                        TOTALS: 3, * 0, ## 3
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2014 at the address(es) listed below:
          Amy J Pikarsky    on behalf of Defendant Karen E Chung amy@bzlegal.net
          Amy J Pikarsky    on behalf of Debtor Karen E Chung amy@bzlegal.net
          Amy J Pikarsky    on behalf of Joint Debtor Stephen L. Oden amy@bzlegal.net
          Bert J. Zaczek    on behalf of Defendant Karen E Chung bert@bzlegal.net
          Bert J. Zaczek    on behalf of Joint Debtor Stephen L. Oden bert@bzlegal.net
          Bert J. Zaczek    on behalf of Respondent Stephen L. Oden bert@bzlegal.net
          Bert J. Zaczek    on behalf of Debtor Karen E Chung bert@bzlegal.net
          Bert J. Zaczek    on behalf of Defendant Stephen L. Oden bert@bzlegal.net
          Brian T Sullivan    on behalf of Plaintiff Brian T Sullivan brian@sullivancompanies.com
          Brian T Sullivan    on behalf of Creditor Brian T Sullivan brian@sullivancompanies.com
          Bruce E de'Medici    on behalf of Trustee Horace Fox, JR bdemedici@gmail.com
          Bruce E de'Medici    on behalf of Plaintiff Horace  Fox, Jr bdemedici@gmail.com
          Ean L Kryska    on behalf of Trustee Horace  Fox, JR ean.kryska@abm.com
          Ean L Kryska    on behalf of Plaintiff Horace  Fox, Jr ean.kryska@abm.com
          Horace  Fox, JR    on behalf of Accountant Lois  West foxhorace@aol.com,
           hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
          Horace  Fox, JR    foxhorace@aol.com,
           hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor  Bank of America N.A. ND-Two@il.cslegal.com
          Scott E Jensen    on behalf of Creditor  Bank of America N.A. sjensen@mjwchicago.com
          Scott E Jensen    on behalf of Creditor  LASALLE BANK NA sjensen@mjwchicago.com
          William S Hackney, III    on behalf of Trustee Horace  Fox, JR whackney@salawus.com,
           jadams@salawus.com
                                                                              TOTAL: 21
```