**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-15443 |
| | § | |
| KAREN E CHUNG | § | |
| STEPHEN L ODEN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $998,000.00 | Assets Exempt: | $165,500.00 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $2,692,521.02 |
| Total Expenses of Administration: | $10,005.82 | | |

3) Total gross receipts of $10,005.82 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,005.82 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $538,700.00 | $24,981.37 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $16,337.17 | $16,274.31 | $10,005.82 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $13,667.04 | $21,331.71 | $7,460.40 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,903,234.49 | $1,628,970.66 | $1,415,469.13 | $0.00 |
| **Total Disbursements** | $2,455,601.53 | $1,691,620.91 | $1,439,203.84 | $10,005.82 |

4). This case was originally filed under chapter 7 on 06/16/2008. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/30/2014     By: /s/ Horace Fox, Jr.
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| JUDY BAAR TOPINKA | 1124-000 | $1.68 |
| adversary v. debtors (revocation) | 1241-000 | $10,000.00 |
| Interest Earned | 1270-000 | $4.14 |
| **TOTAL GROSS RECEIPTS** | | $10,005.82 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | PNC Mortgage a division of PNC Bank, National Association | 4110-000 | $0.00 | $24,981.37 | $0.00 | $0.00 |
| | Chase Bank | 4110-000 | $225,000.00 | $0.00 | $0.00 | $0.00 |
| | Citibank | 4110-000 | $43,700.00 | $0.00 | $0.00 | $0.00 |
| | National City Bank | 4110-000 | $270,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $538,700.00 | $24,981.37 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $1,750.58 | $1,750.58 | $1,500.58 |
| International Sureties, LTD. | 2300-000 | NA | $20.19 | $20.19 | $20.19 |
| Green Bank | 2600-000 | NA | $186.57 | $186.57 | $186.57 |
| US Bankruptcy Court Northern District Eastern Division | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Bruce de'Medici and Smith Amundsen LLC, Attorney for Trustee | 3210-000 | NA | $13,010.00 | $13,010.00 | $6,991.51 |
| Bruce de'Medici and Smith Amundsen LLC, Attorney for Trustee | 3220-000 | NA | $188.83 | $125.97 | $125.97 |

| | | | | | |
|---|---|---|---|---|---|
| Lois West, Popowcer Katten Ltd, Accountant for Trustee | 3410-000 | NA | $931.00 | $931.00 | $931.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $16,337.17 | $16,274.31 | $10,005.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Margaret Ozga | 5800-000 | $6,206.64 | $6,206.64 | $0.00 | $0.00 |
| 5 | Kathryn Donaldson | 5800-000 | $3,845.21 | $3,845.21 | $3,845.21 | $0.00 |
| 9 | Scott Ward | 5800-000 | $3,615.19 | $3,615.19 | $3,615.19 | $0.00 |
| 24 | Department of the Treasury | 5800-000 | $0.00 | $7,598.67 | $0.00 | $0.00 |
| | IL Department of Revenue | 5800-000 | $0.00 | $66.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $13,667.04 | $21,331.71 | $7,460.40 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, NA c/o Suzanne Heffelman | 7100-000 | $0.00 | $102,344.13 | $0.00 | $0.00 |
| 2 | JPMorgan Chase Bank, NA c/o Suzanne Heffelman | 7100-000 | $100,000.00 | $106,175.06 | $106,175.06 | $0.00 |
| 4 | Dan Development | 7100-000 | $34,410.00 | $52,132.91 | $34,410.00 | $0.00 |
| 6 | eCAST Settlement Corporation assignee of | 7100-000 | $0.00 | $182.09 | $182.09 | $0.00 |
| 7 | KEYBANK NA | 7100-000 | $0.00 | $13,578.10 | $13,578.10 | $0.00 |
| 8 | Brian T Sullivan | 7100-000 | $90,000.00 | $570,520.12 | $570,520.12 | $0.00 |
| 10 | Sallie Mae | 7100-000 | $38,500.00 | $39,950.10 | $39,950.10 | $0.00 |
| 11 | Imperial Realty Company | 7100-000 | $19,033.00 | $29,393.22 | $29,393.22 | $0.00 |
| 12 | Asian American Alliance | 7100-000 | $0.00 | $21,700.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Edward You | 7100-000 | $0.00 | $7,700.00 | $7,700.00 | $0.00 |
| 14 | James C. Yong | 7100-000 | $5,000.00 | $7,700.00 | $0.00 | $0.00 |
| 15 | Darryl Tom | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 |
| 16 | Laura Lee | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 |
| 17 | Suresh Khattar | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 |
| 18 | Thomas Cha | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 |
| 19 | Michael Chin | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 |
| 20 | Cindy Flores | 7100-000 | $0.00 | $7,700.00 | $0.00 | $0.00 |
| 21 | Bank of America | 7100-000 | $333,700.00 | $599,521.73 | $599,521.73 | $0.00 |
| 22 | American Express Bank, FSB | 7100-000 | $13,000.00 | $14,038.71 | $14,038.71 | $0.00 |
| 23 | Molly O'Neill | 7100-000 | $0.00 | $4,015.04 | $0.00 | $0.00 |
| 24a | Department of the Treasury | 7200-000 | $0.00 | $13,819.45 | $0.00 | $0.00 |
| | Adventist Glen Oaks Hospital | 7100-000 | $4,001.51 | $0.00 | $0.00 | $0.00 |
| | AES Graduate & Professional Service | 7100-000 | $42.03 | $0.00 | $0.00 | $0.00 |
| | Asset Acceptance LLC | 7100-000 | $616.50 | $0.00 | $0.00 | $0.00 |
| | Bally's | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $3,062.26 | $0.00 | $0.00 | $0.00 |
| | BTF/HP, LLC | 7100-000 | $180,849.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank | 7100-000 | $250,000.00 | $0.00 | $0.00 | $0.00 |
| | Chase Health Advance | 7100-000 | $33.00 | $0.00 | $0.00 | $0.00 |
| | Cingular | 7100-000 | $701.67 | $0.00 | $0.00 | $0.00 |
| | David Latham | 7100-000 | $7,170.00 | $0.00 | $0.00 | $0.00 |
| | DuPage Pathology Associates | 7100-000 | $113.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | LaSalle Bank | 7100-000 | $600,000.00 | $0.00 | $0.00 | $0.00 |
| | Merchant Services | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Myron Dowell | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | National City | 7100-000 | $183,000.00 | $0.00 | $0.00 | $0.00 |
| | Northwestern Internists | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Northwestern Medical Foundation | 7100-000 | $155.00 | $0.00 | $0.00 | $0.00 |
| | Northwestern Memorial Physicians Gr | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Ohio Street Partners | 7100-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| Quest Diagnostic | 7100-000 | $229.50 | $0.00 | $0.00 | $0.00 |
| Shane Talbott | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| St. Clair Ohio Currency Exchange | 7100-000 | $3,239.00 | $0.00 | $0.00 | $0.00 |
| Stephanie Smith | 7100-000 | $3,409.00 | $0.00 | $0.00 | $0.00 |
| The Education Resource Institute | 7100-000 | $356.51 | $0.00 | $0.00 | $0.00 |
| Trans.com | 7100-000 | $1,572.51 | $0.00 | $0.00 | $0.00 |
| United Healthcare | 7100-000 | $95.00 | $0.00 | $0.00 | $0.00 |
| Weiss Memorial Hospital | 7100-000 | $746.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,903,234.49 | $1,628,970.66 | $1,415,469.13 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 08-15443 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 6/30/2014 | §341(a) Meeting Date: | 07/14/2008 |
| | | Claims Bar Date: | 04/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1031W. Bryn Mawr, #3B Chicago, IL | $500,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Stay modified on Bryn Mawr 9.11.08.  abandoned 11.6.08 | | | | | |
| 2 | 912 W. Winona, #2A Chicago, IL 60660 | $315,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | As of 8.12.08 debtors live in Winona.  I have asked for insurance in two demand letters.  Attorney fild motion to extend.  Property worth less than stated in this down real estate market and will be abandoned. abandoned per order of 11.6.08 | | | | | |
| 3 | $5,000 cash has been demanded | $12,000.00 | $7,000.00 | | $0.00 | FA |
| **Asset Notes:** | Debtors claim that the settlment of the discharge revocation adversary settled all issues. | | | | | |
| 4 | $1,700 held as security depost for tenant (this is held for a tenant not by a landlord on behalf of the debtors). | $1,700.00 | $1,700.00 | | $0.00 | FA |
| **Asset Notes:** | have asked for detail to collect if not used for back rent. | | | | | |
| 5 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 6 | General furnishings | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | Books and CDs | $200.00 | $0.00 | | $0.00 | FA |
| 8 | General clothes. | $200.00 | $0.00 | | $0.00 | FA |
| 9 | Hockey Equipment | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Life Insurance Policy | $20,000.00 | $20,000.00 | | $0.00 | FA |
| **Asset Notes:** | Asked for policy to determine actual cash value Policy not in name of debtors is therefore not asset of estate. | | | | | |
| 11 | Husband's 401K was exempt. | $150,000.00 | $0.00 | | $0.00 | FA |
| 12 | Approximately 25,000 shares, scheduled as jointly owned, of Eye Care International valued at approximately $0.38 per share.  Mr. Oden, who was the owner of the stock, closed the account on 12.5.11, taking a money market proceed of $1837.98 he also took the stock certificate for  Amacore Group inc CL A stock valued at $38.00 per statement of 12.31.11 and e-mail from broker--amounts well within the exemption.  10.29.13 | $9,500.00 | $4,300.00 | | $0.00 | FA |

Case 08-15443   Doc 187   Filed 08/12/14   Entered 08/12/14 12:45:16   Desc Main
Document   Page 8 of 19

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 08-15443 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 6/30/2014 | | | §341(a) Meeting Date: | 07/14/2008 |
| | | | | Claims Bar Date: | 04/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** Eye care stock had no value as of 3.15.13. Who closed account. It would be improvident use of small estate to go after dubious recovery of 4k stock. Value of account verfied at $38.00 and money market valued at $1837.98-- well within the exemption. 10.29.13 | | | | | |
| **Ref. #** | | | | | |
| 13  Debtors own 4 companies: Nomadic Consulting, Nomadic Capital, Spa Mondial, and Troupe Salon. The Accounts Receivable are identied in #16. These do not appear to have any value other than the any receivables, and are not operating. | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Order 4.21.112 abandoned Nomadic Consulting, Inc, including shares of stock owned by company as well as underlying assets owned directly by that company, except the assets specifically identified in Form 1 for year end 2010. Nomadic Capital, Spa Mondial and Troupe Salon are deemed to be abandoned. | | | | | |
| 14  VOID | $0.00 | $0.00 | | $0.00 | FA |
| 15  Debtors believe that they might have the right to a tax refund for an overpayment for past years. | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** asked for detail to determine value of potential asset. Filed motion for turn over of 1/2 refund, debtor objected and inview of the small amount in the account and the collectability issue, we declined to further pursue. | | | | | |
| 16  Debtors have an equitable initerest in a lease of the Volvo Station Wagon that Karen's mother signed and which the Debtors pay each month. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** There is no equity. This is a leased vehicle. | | | | | |
| 17  1997 BMW | $2,000.00 | $0.00 | | $0.00 | FA |
| 18  Computer and copier | $500.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** order 4.12.11 abandoned computer. | | | | | |
| 19  unknown sec. deps. with commercial landlords who will claim due to lease breaches | Unknown | $10.00 | | $0.00 | FA |
| **Asset Notes:** asked for detail to make inquirey. Used as rent. | | | | | |
| 20  VOID | $0.00 | $0.00 | | $0.00 | FA |
| 21  promissory note Claim v. Darren Anderson    (u) | $0.00 | $1,003.00 | | $0.00 | FA |
| 22  Troupe Salon claim v. Talbott and Nakisher   (u) | $0.00 | $200,000.00 | | $0.00 | FA |
| **Asset Notes:** Debtors owned 100% of Troupe Salon and have filed a state court counter claim v. Talbott and Nakisher. We will hire state court attorney to represent the estate. After conversations with | | | | | |

Case 08-15443   Doc 187   Filed 08/12/14   Entered 08/12/14 12:45:16   Desc Main
Document   Page 9 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3    Exhibit 8

| Case No.: | 08-15443 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 6/30/2014 | | | §341(a) Meeting Date: | 07/14/2008 |
| | | | | Claims Bar Date: | 04/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

state court attorney, considering the risk of loses at trial and the cost to proceed(20 depositions) we will not pursue it.

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 23 | Nomadic Consulting claim v. John Galt **(u)** | $0.00 | $29,951.00 | OA | $0.00 | FA |
| **Asset Notes:** | Debtors owned 100% of Nomadic Consulting. Not collectable as burdensome to the estate. Abandoned 4.21.11 order | | | | | |
| 24 | ring, miscellaneous jewelry, husband's cell phone **(u)** | $0.00 | $2,200.00 | OA | $0.00 | FA |
| **Asset Notes:** | observed on debtors hand at 341 meeting. Ring and watch appriased at 2250.00 jointly | | | | | |
| 25 | Beneficial interest in receivables for four companies which debtors owned, Nomadic Consulting, Nomvadic Acapital, Spa Modial and Troupe Salon | $150,000.00 | $150,000.00 | | $0.00 | FA |
| **Asset Notes:** | Not collectable as burdensome to the estate | | | | | |
| 26 | Rado watch **(u)** | $0.00 | $50.00 | OA | $0.00 | FA |
| **Asset Notes:** | watch and ring appriased at 50.00 | | | | | |
| 27 | adversary v. debtors (revocation) **(u)** | $0.00 | $10,000.00 | | $10,000.00 | FA |
| 28 | JP Morgan Chase bk acct ending in (5494) **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned by order of 4.21.11 | | | | | |
| INT | Interest Earned **(u)** | Unknown | Unknown | | $4.14 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                         **Gross Value of Remaining Assets**

$1,163,200.00       $426,314.00       $10,004.14       $0.00

**Major Activities affecting case closing:**
Final report approved and fee orders entered 5.7.14, zero balance May, 2014 statement. Final account ready 6.28.14
Final account ready, zero balance. 6.6.14
Corrections memo from UST, corrected final report to UST 4.7.14.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4     Exhibit 8

| Case No.: | 08-15443 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 6/30/2014 | | §341(a) Meeting Date: | 07/14/2008 |
| | | | Claims Bar Date: | 04/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Trustee fee detail completed. Asked Mr. Hackney to resubmit fee entries previously submitted (not granted docket 87) where Judge said the could be granted upon further order of Court.

Fee detail for Bill Hackney received, 3.2.14

Chung status 3.13.14, 10:30 am 742. Claim objection set in court 3.20.14, granted

Case 08-15443   Doc 187   Filed 08/12/14   Entered 08/12/14 12:45:16   Desc Main
Document   Page 11 of 19

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 5   Exhibit 8

| Case No.: | 08-15443 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 6/30/2014 | | | §341(a) Meeting Date: | 07/14/2008 |
| | | | | Claims Bar Date: | 04/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Adversary ( revocation ) settled closed 5.10  Interim attorney fees granted 4.18.10  Need to do taxes for the corporation which may generate a refund, from loss carry backs.

The adversary filed by creditor Sullivan is still pending, based and objection to discharge. 1.26.2011

Speak to Bert Z. re letter that needs to be produced per debtor Karen Chung. 6.7.11

Determine value of eyecare stock; receivables from the 4 companies debtors owned and the insurance policy 10.11.11

Insurance policy beneficiary was in the name of another party and all 4 companies, including Troupe Salon hand funriture fixtures and equipment that were inexpensively purchased and would be burdensome to the estate and not worth the effort of sale, see pics ffe and e of Troup Salon.  A very active creditor, Mr. Sullivan has found nothing of value in the ffe and claims.3.3.12

Eye Care International stock, try William Blair & Co.  We settled with debtors on the discharge action and both Judge Doyle and debtors' attorney have taken the position that that adversary settled all issues. 3.31.12

Review claims. 10.7.12

Sell eyecare stock 12.7.12

Contacted William Blair & Company ( Jim Harmon 312-364-8649 ) re:  selling stock in account # 150-70534-1-19-69A.  Get selling agent appointed and additional papers completed to access account after call back. 2.1.13

Contacted assistant to Jim Harmon (Mr. Kossman)  who informed me that the account 150-70534-19-15443 had no value and was cashed out in 2011.  I faxed him proof that I was the trustee and asked to whom the proceeds were paid and how much the proceeds were. Due to the small amount remaining in this administratively insolvent case, it would be burdensome to the estate and not likely to produce a return, to pursue.3.14.13

The accountant said no taxes are necessary and I have asked Mr. Hackney to file claim objections. 3.18.13

Claims being examined and need for objections being determined.  Suggested 2 months for final report to be submitted to UST.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 6                Exhibit 8

| Case No.: | 08-15443 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 6/30/2014 | | §341(a) Meeting Date: | 07/14/2008 |
| | | | Claims Bar Date: | 04/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Eye care stock account cleaned out, may be grounds for criminal referral. 8.9.13 Informed Mr. Hackney.

Reported above to Judge Doyle on 5.8.13 status call. Next status, 9.11.13.

12 claim objections filed, set for 9.11.13

Eye Care stock 4,000 no longer at broker. It would be bad use of 3700.00 in account to go after dubious recovery of 4,000 stock. Get sign off from UST, no tax return needed and close.

Remaining claims continued to 10.9.13 at 10:30 am .9.11.13

Remainder of claim objections entered 10.9.13. Broker has not called Mr. Hackney back regarding who withdrew non exempt funds from eye care stock account to enable a demand to be made. 10.9.13

E-mail to Mr. Hackney re recipient of non exempt stock proceeds so we can make a demand. 10.28.13
Discovery cut off in adversary (discharge) extended to 8.26.09.
Debtors have failed to fully comply with demand letters, but have made an offer to settle discharge revocation complaint. Extend discovery cut-off past 5.26.09 date.
Claims bar date 4.20.09.
Filed adversary objecting to discharge
Sent further demand letter to debtors' attorney. cont. 341 11.12.08
Debtor needs to amend to add foremer employee creditors and amend B to move 150k ars to schedule F as loans made to businesses by debtors.
10.3.08 met with attorney to inform him to file motion to abandon the Brwyn Mawr and Winona real estate ( no insurance ) and personalty at 46 East Oak (Troupe Salon ) which I inspected and determined that it would cost more to move and store than items were worth. Confirm that landlord will not file administrative claim. Also spoke of need to get counsel in the non compete litigation counter-claim ( motion to withdraw set 10.9.08) in state court action. Talked about need to file turnover motion and need for debtor amend B to move 150k ar (really money loaned by debtors to businesses ) to schedule F.
Stay modified on Brwn Mawr real estate on 9.11.08. Debtor's mtn to extend my time to file objections to exemptions/discharge and dischargeability extended to 11.03.08. Amendments requested and turnover of documents and funds demanded. 10.21.08 cont 341. There is a counterclaim in a law suit re violation of non compete agreement.
Emailed Documents to Bert Zaczek (attorney for debtor) and Bruce de'Medici.Re: Estate of Cliams.

| **Initial Projected Date Of Final Report (TFR):** | 12/30/2013 | **Current Projected Date Of Final Report (TFR):** | 02/03/2014 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 08-15443 | | | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6148 | | | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | **-***6149 | | | Account Title: | DDA |
| For Period Beginning: | 6/16/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $3,866.13 | | $3,866.13 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.40 | $3,864.73 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.23 | $3,858.50 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.42 | $3,852.08 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.81 | $3,846.27 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.00 | $3,840.27 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.19 | $3,834.08 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.18 | $3,827.90 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $3.70 | $3,824.20 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.77 | $3,818.43 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.36 | $3,812.07 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.75 | $3,806.32 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.14 | $3,800.18 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.13 | $3,794.05 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.92 | $3,788.13 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.70 | $3,781.43 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.31 | $3,776.12 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.09 | $3,770.03 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.27 | $3,763.76 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.68 | $3,758.08 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.06 | $3,752.02 |
| 02/05/2013 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $4.45 | $3,747.57 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.46 | $3,742.11 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.03 | $3,736.08 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.83 | $3,730.25 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.40 | $3,723.85 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.42 | $3,718.43 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.00 | $3,712.43 |
| | | | **SUBTOTALS** | | $3,866.13 | $153.70 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15443 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6148 | | | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | **-***6149 | | | Account Title: | DDA |
| For Period Beginning: | 6/16/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.37 | $3,706.06 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.40 | $3,700.66 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.97 | $3,694.69 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.96 | $3,688.73 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.76 | $3,682.97 |
| 01/13/2014 | 5003 | Illinois Department of Revenue | 2009 taxes- Check stopped because it was mistakenly written. This is a priority creditor, priority creditors will not be paid in this case. | 2820-003 | | $66.00 | $3,616.97 |
| 01/15/2014 | 5003 | STOP PAYMENT: Illinois Department of Revenue | 2009 taxes- Check stopped because it was mistakenly written. This is a priority creditor, priority creditors will not be paid in this case. | 2820-004 | | ($66.00) | $3,682.97 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.28 | $3,676.69 |
| 02/05/2014 | | JUDY BAAR TOPINKA | Tax refund 2013 | 1124-000 | $1.68 | | $3,678.37 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.28 | $3,673.09 |
| 05/07/2014 | 5004 | Horace Fox | Trustee Compensation | 2100-000 | | $1,500.58 | $2,172.51 |
| 05/07/2014 | 5005 | US Bankruptcy Court Northern District Eastern Division | Final Account Number: ; Claim #: ; Dividend: 6.80; Amount Allowed: 250.00; Notes: Filed an adversary, fee deferred, 11.08.; Account Number: ; Distribution Dividend: {$v | 2700-000 | | $250.00 | $1,922.51 |
| 05/07/2014 | 5006 | William S. Hackney and Smith Amundsen LLC | Final Account Number: ; Claim #: ; Dividend: 26.99; Amount Allowed: 6,991.51; Notes: 10,000 sought previously, 6,000 allowed, of 10,000 initially requested. Final request includes 4,000 in fees previously sought, but not allowed and 3010.00 of new fees | 3210-000 | | $991.51 | $931.00 |
| 05/07/2014 | 5007 | Lois West, Popowcer Katten Ltd | Final Account Number: ; Claim #: ; Dividend: 25.34; Amount Allowed: 931.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 3410-000 | | $931.00 | $0.00 |
| | | | **SUBTOTALS** | | $1.68 | $3,714.11 | |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-15443 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6148 | | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | **-***6149 | | Account Title: | DDA |
| For Period Beginning: | 6/16/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $3,867.81 | $3,867.81 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,866.13 | $0.00 | |
| | | | **Subtotal** | | $1.68 | $3,867.81 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1.68 | $3,867.81 | |

**For the period of 6/16/2008 to 6/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.68 |
| Total Internal/Transfer Receipts: | $3,866.13 |
| | |
| Total Compensable Disbursements: | $3,867.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,867.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/25/2011 to 6/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.68 |
| Total Internal/Transfer Receipts: | $3,866.13 |
| | |
| Total Compensable Disbursements: | $3,867.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,867.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-15443 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***6148 | | Checking Acct #: | ******5443 |
| Co-Debtor Taxpayer ID #: | **-***6149 | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/23/2010 | | Transfer From Acct#******5443 | transfer from money market to pay Mr. 'de Medici fees and costs | 9999-000 | $6,125.97 | | $6,125.97 |
| 04/23/2010 | 2 | Bruce de'Medici and Smith Amundsen LLC | Pursuant to court order signed 4/6/2010, fees for Mr. de 'Medici | 3210-000 | | $6,000.00 | $125.97 |
| 04/23/2010 | 3 | Bruce de'Medici and Smith Amundsen LLC | check to Mr. de 'Medici to pay expenses, pursuant to court order 4.6.10. | 3220-000 | | $125.97 | $0.00 |
| 04/28/2010 | | Transfer From # ******5443 | Transfer For Bond Payment | 9999-000 | $8.58 | | $8.58 |
| 04/28/2010 | 4 | International Sureties, LTD. | Bond Payment | 2300-000 | | $8.58 | $0.00 |
| 03/02/2011 | | Transfer From # ******5443 | Transfer For Bond Payment | 9999-000 | $3.46 | | $3.46 |
| 03/02/2011 | 5 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $3.46 | $0.00 |
| | | | **TOTALS:** | | $6,138.01 | $6,138.01 | $0.00 |
| | | | Less: Bank transfers/CDs | | $6,138.01 | $0.00 | |
| | | | Subtotal | | $0.00 | $6,138.01 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $6,138.01 | |

| For the period of 6/16/2008 to 6/30/2014 | | For the entire history of the account between 04/23/2010 to 6/30/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,138.01 | Total Internal/Transfer Receipts: | $6,138.01 |
| | | | |
| Total Compensable Disbursements: | $6,138.01 | Total Compensable Disbursements: | $6,138.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,138.01 | Total Comp/Non Comp Disbursements: | $6,138.01 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15443 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***6148 | Money Market Acct #: | ******5443 |
| Co-Debtor Taxpayer ID #: | **-***6149 | Account Title: | |
| For Period Beginning: | 6/16/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2009 | (27) | Karen Chung and Stephen L Oden | Adversary Settlement to revoke discharge | 1241-000 | $10,000.00 | | $10,000.00 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.22 | | $10,000.22 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.42 | | $10,000.64 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.38 | | $10,001.02 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.42 | | $10,001.44 |
| 04/23/2010 | | Transfer To Acct#******5443 | Interim Order Granting Application For Compensation (Related Doc # 84 ). Bruce E de'Medici, fees awarded: $6000.00, expenses awarded: $125.97. Signed on 4/6/2010. | 9999-000 | | $6,125.97 | $3,875.47 |
| 04/28/2010 | | Transfer To  # ******5443 | Transfer For Bond Payment | 9999-000 | | $8.58 | $3,866.89 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.34 | | $3,867.23 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.16 | | $3,867.39 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.16 | | $3,867.55 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.16 | | $3,867.71 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.16 | | $3,867.87 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.16 | | $3,868.03 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.16 | | $3,868.19 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.16 | | $3,868.35 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.16 | | $3,868.51 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.16 | | $3,868.67 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.15 | | $3,868.82 |
| 03/02/2011 | | Transfer To  # ******5443 | Transfer For Bond Payment | 9999-000 | | $3.46 | $3,865.36 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.16 | | $3,865.52 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.16 | | $3,865.68 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.16 | | $3,865.84 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.16 | | $3,866.00 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.13 | | $3,866.13 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $3,866.13 | $0.00 |
| | | | **SUBTOTALS** | | $10,004.14 | $10,004.14 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15443 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***6148 | | | Money Market Acct #: | ******5443 |
| Co-Debtor Taxpayer ID #: | **-***6149 | | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $10,004.14 | $10,004.14 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $10,004.14 | |
| | | | **Subtotal** | | $10,004.14 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $10,004.14 | $0.00 | |

**For the period of 6/16/2008 to 6/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,004.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,004.14 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $10,004.14 |

**For the entire history of the account between 12/11/2009 to 6/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,004.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,004.14 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $10,004.14 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15443 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CHUNG, KAREN E AND ODEN, STEPHEN L. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***6148 | Money Market Acct #: | ******5443 |
| Co-Debtor Taxpayer ID #: | **-***6149 | Account Title: | |
| For Period Beginning: | 6/16/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $10,005.82 | $10,005.82 | $0.00 |

**For the period of 6/16/2008 to 6/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,005.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,005.82 |
| Total Internal/Transfer Receipts: | $10,004.14 |
| | |
| Total Compensable Disbursements: | $10,005.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,005.82 |
| Total Internal/Transfer Disbursements: | $10,004.14 |

**For the entire history of the case between 06/16/2008 to 6/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,005.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,005.82 |
| Total Internal/Transfer Receipts: | $10,004.14 |
| | |
| Total Compensable Disbursements: | $10,005.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,005.82 |
| Total Internal/Transfer Disbursements: | $10,004.14 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.